

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wanda J. McBride, Appellant

No. 06-20-00028-CV          v.

Dr. Pavan Rao Saridena, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2018-841-B).   Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the order of the trial court.

We further order that the appellant, Wanda J. McBride, pay all costs incurred by reason of this appeal.

RENDERED MAY 14, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk